IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER JOSHUA LABRECK,

    Plaintiff,

v.

1625 COUNTY HWY. C
RHINELANDER, WI 54501,
JENNIFER F. AYERS (Deceased),
THOMAS H. AYERS (Deceased),
NATIONSTAR MORTGAGE LLC, and
ANY AND ALL PERSONS CLAIMING
ANY LEGAL RIGHT OR EQUITABLE
RIGHT, TITLE, ESTATE, LIEN, OR
INTEREST IN THE REAL PROPERTY
COMMONLY KNOWN AS 1625
COUNTY HWY. C RHINELANDER, WI
54501 ADVERSE TO PLAINITFF'S
TITLE, OR ANY CLOUD ON
PLAINTIFF'S TITLE,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-680-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of jurisdiction.

/s/                                                                 2/9/2018

Peter Oppeneer, Clerk of Court                 Date